UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 19-10113-DOC (KS)                                    Date: January 14, 2020

Title   *Michael Fimbres v. M. Pollard*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

Gay Roberson
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 26, 2019, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. No. 1.) The Petition challenged Petitioner's 2016 conviction and sentence for murder with a firearm enhancement. (Petition at 1.) Petitioner attached to the Petition three documents: his Petition for Review that was filed in the California Supreme Court; and his Opening Brief and Reply Brief that he filed in the California Court of Appeal. On December 4, 2019, the Court notified Petitioner that it was unclear from the Petition the number and nature of Petitioner's claims for habeas relief. (Dkt. No. 6.) The Court ordered Petitioner to file, no later than December 26, 2019, a First Amended Petition that clearly and unambiguously identifies the federal constitutional arguments he is raising for federal habeas relief. (*Id.*)

More than two weeks have now passed since Petitioner's First Amended Petition was due, and Petitioner has neither filed the First Amended Petition nor otherwise communicated with the Court about his case. Accordingly, the action is now subject to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure. However, in the interests of justice, Petitioner shall receive one final opportunity to file a First Amended Petition. Accordingly, **IT IS HEREBY ORDERED that, no later than February 4, 2020, Petitioner shall file either:**

(1) **a First Amended Petition that complies with the Court's December 4, 2019 Order; or**
(2) **a signed application for an enlargement of time and competent evidence, such as a declaration signed under penalty of perjury, demonstrating good cause for such an extension**

Alternatively, if Petitioner does not wish to proceed with this action at this time, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" and the action will be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Petitioner is advised that his failure to timely comply with this Order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |