JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FIMBRES, | ) | NO. CV 19-10113-DOC (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. POLLARD, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 8, 2021

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE